No. 71–5096. FRIEDLAND v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5136. MAGEE v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 71–5137. VESTAL v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 71–5138. DAVIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–5140. STARR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–5143. WAX v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 71–5145. SCHERER v. DAVIS. C. A. 9th Cir. Certiorari denied.

No. 71–5146. MIRIN, DBA STRIP CAB CO. v. TAXICAB AUTHORITY OF CLARK COUNTY, NEVADA. C. A. 9th Cir. Certiorari denied.

No. 71–5151. CHAPA v. BRITISH PETROLEUM CORP. ET AL. Sup. Ct. App. Va. Certiorari denied.

No. 71–5152. DeFLUMER v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 70–5162. YOUNG v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 70–5200. PERRY v. JONES, SHERIFF. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.